IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONTE L. WILLIAMS,

      Plaintiff,                        No. CIV S-07-2089 FCD KJM P

   vs.

CALIFORNIA BOARD OF
PRISON TERMS, et al.,

      Defendants.               ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

       Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

       Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the

1

1  preceding month's income credited to plaintiff's prison trust account.  These payments shall be
2  collected and forwarded by the appropriate agency to the Clerk of the Court each time the
3  amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
4  § 1915(b)(2).

5        Plaintiff's complaint states a cognizable claim for relief pursuant to 42 U.S.C.
6  § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a
7  reasonable opportunity to prevail on the merits of his Eighth Amendment claim against
8  defendant Pulley.  Therefore, the court will order service of process on defendant Pulley.  With
9  respect to the other defendants identified in plaintiff's complaint, plaintiff's complaint fails to
10 state a claim upon which relief can be granted.

11       In accordance with the above, IT IS HEREBY ORDERED that:
12       1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
13       2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
14 The fee shall be collected and paid in accordance with this court's order to the Director of the
15 California Department of Corrections and Rehabilitation filed concurrently herewith.
16       3.  Service is appropriate for defendant Pulley.
17       4.  The Clerk of the Court shall send plaintiff one USM-285 form, one summons,
18 an instruction sheet and a copy of the complaint filed October 5, 2007.
19       5.  Within thirty days from the date of this order, plaintiff shall complete the
20 attached Notice of Submission of Documents and submit the following documents to the court:
21         a.  The completed Notice of Submission of Documents;
22         b.  One completed summons;
23         c.  One completed USM-285 form; and
24         d.  Two copies of the endorsed complaint filed October 5, 2007.
25       6.  Plaintiff need not attempt service on defendant Pulley and need not request
26 waiver of service.  Upon receipt of the above-described documents, the court will direct the

2

1  United States Marshal to serve defendant Pulley pursuant to Federal Rule of Civil Procedure 4
2  without payment of costs.
3  DATED:  January 15, 2008.

4  _____
   U.S. MAGISTRATE JUDGE

6  1
   will2089.1(10.5.07)

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONTE L. WILLIAMS,

        Plaintiff,                    No. CIV S-07-2089 FCD KJM P

    vs.

CALIFORNIA BOARD OF
PRISON TERMS, et al.,           NOTICE OF SUBMISSION

        Defendants.           OF DOCUMENTS

                              /

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____      completed summons form

        _____      completed USM-285 forms

        _____      copies of the _____
                                                Complaint

DATED:

                                                  Plaintiff

DATED:

1/ke
will2089.1.(10.05.07)