IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONTE L. WILLIAMS,

      Plaintiff,                     No. CIV S-07-2089 FCD KJM P

    vs.

CALIFORNIA BOARD OF
PRISON TERMS, et al.,

      Defendants.                   <u>FINDINGS & RECOMMENDATIONS</u>

        By an order filed January 14, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, the forms necessary to effect service on defendant Pulley. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

1 | time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2 | (9th Cir. 1991).

3 | DATED: March 17, 2008.

_____
U.S. MAGISTRATE JUDGE

5 | 1
will2089.fusm